LDA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PITKO, INC.,<br>*Plaintiff,*<br>v.<br>WORLDPAY, LTD. and<br>WORLDPAY, INC.,<br>*Defendants.* | CA 06 438T<br>C.A. No. 06-______ |

**NOTICE OF REMOVAL**

Defendants WorldPay, Ltd. and WorldPay, Inc. by their undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 hereby file this Notice of Removal of an action from the Superior Court of Rhode Island, Providence County, to the United States District Court for the District of Rhode Island. In support hereof, Defendants hereby state as follows:

1. On or about September 8, 2006, Plaintiff filed a complaint against Defendants in Providence County Superior Court captioned *Pitko, Inc. v. WorldPay, Ltd. and WorldPay, Inc.*, C.A. No. 06-4737 which was received by WorldPay, Inc. on September 19, 2006.

2. Pursuant to 28 U.S.C. § 1446(a), copies of the summons and complaint are attached hereto as *Exhibit A*.

3. This Notice of Removal is timely in all respects under the provisions of 28 U.S.C. § 1446(b).

4. According to Plaintiff's complaint, Plaintiff is a Delaware corporation and maintains its registered United States office in Delaware.

5. Defendant WorldPay, Inc. is a Virginia corporation with its principal place of business in Virginia.

6. Defendant WorldPay, Ltd. is a United Kingdom corporation with a principal place of business in the United Kingdom.

7. The amount in controversy exceeds $75,000.00, exclusive of interest and costs.

8. For the foregoing reasons, this Court has diversity jurisdiction under the provisions of 28 U.S.C. § 1332 in that it is a civil action among citizens of different states (Plaintiff and WorldPay, Inc.) and a subject of a foreign state (WorldPay, Ltd.). Also, the amount in controversy exceeds $75,000.00. Consequently, this action is removable to this Court pursuant to 28 U.S.C. § 1441.

WHEREFORE, Defendants respectfully request that the above action now pending against them in Providence County Superior Court be removed therefrom to this Court.

October 4, 2006

**WORLDPAY, INC. and WORLDPAY, LTD.**

By their Attorneys,

William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
401-276-2600
401-276-2601 Facsimile

## CERTIFICATION

I hereby certify that on October 4, 2006 I caused this document to be sent via facsimile and first class mail, postage prepaid, to:

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street
2nd Floor
Providence, RI 02902

Mark A. Cunningham, Esq.
Conrad Meyer, Esq.
Jones, Walker, Waechter, Poitevent,
Carrere, & Denegre, LLP
201 St. Charles Avenue
New Orleans, LA 70170-5100

Brian J. Lamoureux

# 50224501 v1 - LAMOURBJ - 000002/2162