**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CA 06 438T

PITKO, INC.,

*Plaintiff,*

v.

WORLDPAY, LTD. and
WORLDPAY, INC.,

*Defendants.*

C.A. No. 06-

## CORPORATE DISCLOSURE STATEMENT

Defendants WorldPay, Ltd. and WorldPay, Inc., by their undersigned counsel, for their Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1(a), hereby state as follows:

WorldPay, Ltd. is a wholly-owned subsidiary of The Royal Bank of Scotland Group, a United Kingdom based public company.

WorldPay, Inc. is a wholly-owned subsidiary of The Royal Bank of Scotland Group, a United Kingdom based public company.

October 4, 2006

**WORLDPAY, LTD. and**
**WORLDPAY, INC.**

By their Attorneys,

William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
401 276 2600
401 276 2601 Facsimile

**CERTIFICATION**

I hereby certify that on October 4, 2006 I caused this document to be sent via facsimile and first class mail, postage prepaid, to:

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street
2nd Floor
Providence, RI 02902

Mark A. Cunningham, Esq.
Conrad Meyer, Esq.
Jones, Walker, Waechter, Poitevent,
Carrere, & Denegre, LLP
201 St. Charles Avenue
New Orleans, LA 70170-5100

Brian J. Lamoureux

# 50224562 v1 - MEDEIRD - 026357/0001