**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| PITKO, INC., *Plaintiff*, v. WORLDPAY, LTD and WORLDPAY, INC., *Defendants*. | C.A. No. 2006-438 T |

**DEFENDANTS' SUBMISSION PURSUANT TO 28 U.S.C. § 1447(b) AND LOCAL RULE 81(b)**

Defendants WorldPay, LTD and WorldPay, Inc., by their undersigned counsel, and pursuant to 28 U.S.C. § 1447(b) and LR CV 81(b), hereby file the following:

1. A certified copy of the Superior Court docket sheet; and
2. Certified copies of the documents filed in the Superior Court records as follows:
   (a) Civil Case Cover Sheet;
   (b) Complaint; and
   (c) Notice of Removal.

October 5, 2006

**WORLDPAY, LTD and WORLDPAY, INC.**

By their Attorneys,

William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
401-276-2600
401-276-2601 Facsimile

## CERTIFICATION

I hereby certify that on October 5, 2006 I caused this document to be sent via first class mail to:

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02902

Mark A. Cunningham, Esq.
Conrad Meyer, Esq.
Jones, Walker, Waechter, Poitevent,
Carrere, & Denegre, LLP
201 St. Charles Avenue
New Orleans, LA 70170-5100

Brian J. Lamoureux

# 50224505 v1 - MEDEIRD - 026357/0001