STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-4737 PITKO INC V WORLDPAY LTD

Filing Date: 09-08-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: OTHER CIVIL ACTION
Status Date: 10-04-2006

Plaintiff: PITKO INC.
ID: @10861449

Attorney: MARK FAY

Defendant: WORLDPAY LTD
ID: @10861450
Defendant: WORLDPAY INC
ID: @10861451

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 09-08-2006 | COMPLAINT FILED | |
| 09-08-2006 | INITIAL FILING FEE | |
| 09-08-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP233424. |
| 10-04-2006 | NOTICE OF REMOVAL | TO US DISTRICT COURT. CASE #06-438T<br>Affiliated: WORLDPAY LTD |
| 10-04-2006 | CASE REMVD TO US DISTRICT CT | |
| 10-04-2006 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island