**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

PITKO, INC.,

*Plaintiff,*

v.

WORLDPAY, LTD. and
WORLDPAY, INC.,

*Defendants.*

C.A. No. 06-438 T

**DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO REMAND**

Defendants WorldPay, Ltd. and WorldPay, Inc. ("WorldPay"), by their undersigned counsel, hereby object to Plaintiff's Motion to Remand (Docket No. 5). In support of this objection, WorldPay relies upon the Memorandum of Law filed simultaneously herewith.

Pursuant to LR Cv 7(e), WorldPay does not request oral argument with regard to Plaintiff's Motion to Remand.

November 1, 2006

**WORLDPAY, LTD. and**
**WORLDPAY, INC.**

By their Attorneys,

/s/ Brian J. Lamoureux
William M. Dolan III (#4524)
wdolan@brownrudnick.com
Brian J. Lamoureux (#6211)
bjl@brownrudnick.com
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
401 276 2600
401 276 2601 Facsimile

**CERTIFICATION**

I hereby certify that on November 1, 2006 I caused this document to be filed electronically and it is available for viewing and downloading from the ECF system. I also hereby certify that on the above date I caused this document to be sent via first class mail, postage prepaid, to:

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street
2nd Floor
Providence, RI 02902

Mark A. Cunningham, Esq.
Conrad Meyer, Esq.
Jones, Walker, Waechter, Poitevent,
Carrere, & Denegre, LLP
201 St. Charles Avenue
New Orleans, LA 70170-5100

/s/ Brian J. Lamoureux
Brian J. Lamoureux

# 50224885 v1 - LAMOURBJ - 026357/0001