**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

PITKO, INC.,

Plaintiff,

v. C.A. 06-438T

WORLDPAY, LTD and
WORLDPAY, INC.

Defendants.

**ORDER DENYING MOTION TO REMAND**

The Plaintiff's Motion to Remand is hereby DENIED for the reasons stated in the Defendants' Memorandum.

IT IS SO ORDERED:

Ernest C. Torres

Ernest C. Torres
United States District Judge
Date: December 20 , 2006