**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PITKO, INC., *Plaintiff,* | ) | |
| v. | ) | C.A. No. 06-438 T |
| WORLDPAY, LTD. and WORLDPAY, INC., *Defendants.* | ) | |

## STIPULATION OF DISMISSAL

Plaintiff Pitko, Inc. and Defendants WorldPay, Ltd. and WorldPay, Inc. hereby stipulate and agree that Plaintiff's claims and Defendants' counterclaims asserted in this action may be dismissed with prejudice and without costs or attorneys' fees.

| **PITKO, INC.** | **WORLDPAY, INC. and WORLDPAY, LTD.** |
|---|---|
| By its Attorneys, | By their Attorneys, |
| /s/ Mark A. Fay<br>Mark A. Fay (# 4208)<br>MURPHY & FAY, LLP<br>127 Dorrance Street - 2nd Floor<br>Providence, Rhode Island 02903<br>401 490 3200<br>402 490 3207 Facsimile<br>mark@murphyandfay.com | /s/ Brian J. Lamoureux<br>Brian J. Lamoureux (#6211)<br>Brown Rudnick Berlack Israels LLP<br>121 South Main Street<br>Providence, RI 02903<br>401 276 2600<br>401 276 2601 Facsimile<br>bjl@brownrudnick.com |

## CERTIFICATION

I hereby certify that on March 27, 2007, I caused this document to be filed electronically and it is available for viewing and downloading from the ECF system. I also hereby certify that on the above date I caused this document to be sent via first class mail, postage prepaid, to:

| | |
|---|---|
| Brian J. Lamoureux, Esq. | Mark A. Cunningham, Esq. |

| | |
|---|---|
| Brown Rudnick Berlack Israels LLP<br>121 South Main Street<br>Providence, RI 02903 | Conrad Meyer, Esq.<br>Jones, Walker, Waechter, Poitevent,<br>Carrere, & Denegre, LLP<br>201 St. Charles Avenue<br>New Orleans, LA 70170-5100 |

/s/ Mark A. Fay

# 50226824 v2 -